**James ACHUCK, Appellant, v. TERRITORY OF HAWAII, Appellee.**

No. 6317.

Circuit Court of Appeals, Ninth Circuit.

Jan. 26, 1931.

Before RUDKIN and WILBUR, Circuit Judges.

PER CURIAM.

Pursuant to motion of appellant, ordered appeal dismissed.

**Mary BUCKLEY, Appellant, v. John D. NAGLE, as Commissioner of Immigration for the Port of San Francisco, California, Appellee.**

No. 6358.

Circuit Court of Appeals, Ninth Circuit.

Jan. 12, 1931.

Before RUDKIN and WILBUR, Circuit Judges.

PER CURIAM.

Ordered appeal dismissed pursuant to motion of appellee, and for failure of appellant to file record and docket cause; mandate forthwith.

**CLEARY BROTHERS, Inc., Libelant-Appellee, v. PENNSYLVANIA RAILROAD COMPANY, Respondent-Appellee, and Edward G. Murray Lighterage & Transportation Company, Respondent-Impleaded-Appellant.**

No. 226.

Circuit Court of Appeals, Second Circuit.

Feb. 2, 1931.

Foley & Martin, of New York City, for appellant Edward G. Murray Lighterage & Transportation Co.

John R. McMullen, of New York City, for appellee Cleary Bros., Inc.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Chauncey I. Clark and Norman M. Barron, both of New York City, of counsel), for appellee Pennsylvania R. Co.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.